# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 23, 2019

## NO. 03-18-00839-CR

**The State of Texas, Appellant**

**v.**

**Michael Lance Wood, Appellee**

## APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the order the district court signed, granting appellee's motion to suppress. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the district court's order granting appellee's motion to suppress and remands the case for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.